# UNITED STATES DISTRICT COURT

# FOR THE WESTERN DISTRICT OF LOUISIANA

# SHREVEPORT DIVISION

| | |
|---|---|
| PERRY LEE OLSON | CIVIL ACTION NO. 05-682-P |
| VERSUS | JUDGE HICKS |
| WARDEN OF THE TEXAS DEPARTMENT OF JUSTICE, ET AL. | MAGISTRATE JUDGE HORNSBY |

# J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including written objections filed by Petitioner, and determining that the findings are correct under the applicable law;

**IT IS ORDERED** that Petitioner's application for writ of <u>habeas corpus</u> is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

**THUS DONE AND SIGNED**, in chambers, in Shreveport, Louisiana, on this 16th day of February, 2006.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE